DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD TURNER**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-1790

[August 23, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case Nos. 501990CF016672AXXXMB and 501991CF000191AXXXMB.

Gerald Turner, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***